**Order filed March 11, 2014.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-13-00487-CR

———————

### DAVID AUSTIN PRICE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 185th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1368261**

## ORDER

Appellant is represented by **Crespin Michael Linton,** who was appointed on October 18, 2013, after counsel from the Harris County Public Defender's Office withdrew. Appellant's brief was originally due **August 30, 2013.** We granted Crespin Michael Linton two extensions of time to file appellant's brief until March 3, 2014. When we granted the second extension, we noted that no further extensions would be granted. No brief was filed. On March 5, 2014, counsel filed a request for a further extension of time to file appellant's brief until

March 31, 2014. **More than four months have passed since counsel was appointed. Counsel has not provided an adequate explanation for the failure to file a brief.** We **DENY** counsel's request for a further extension of time and issue the following order.

We order **Crespin Michael Linton** to file appellant's brief with the clerk of this Court on or before **March 31, 2014**. **NO FURTHER EXTENSIONS WILL BE GRANTED.**

If **Crespin Michael Linton** does not timely file the brief as ordered, the Court will take necessary steps to ensure that appellant has adequate representation. The court may order a hearing in the trial court to consider appointment of new counsel or we may issue a show cause order directing counsel to appear before this Court on a date certain to show cause why he should not be held in contempt for failing to file the brief as ordered. Contempt of court is punishable by a fine and/or confinement in jail.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Wise.